In the Matter of EVA BALLOU, Petitioner, v NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES et al., Respondents.—

Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.